IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLIFTON S. HARTWELL, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 15-1063 |
| | ) | |
| | ) | JUDGE HORNAK |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | *Electronically Filed* |
| | ) | |
| Defendant. | ) | |

**PROPOSED ORDER APPROVING**
**STIPULATION OF DISMISSAL WITH PREJUDICE**

AND NOW, this <u>19th</u> day of <u>June</u>, 2018, it is hereby ORDERED that in accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the concurrently filed Stipulation to Dismiss with Prejudice signed by all parties through their respective counsel of record, this matter is dismissed with prejudice in its entirety.

s/ Mark R. Hornak
UNITED STATES DISTRICT JUDGE